| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **D&H Machine Service, Inc.** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **62-1353852** | |
| **4.** | **Debtor's address** | **Principal place of business** **230 Portwood Store Road** **Oliver Springs, TN 37840** Number, Street, City, State & ZIP Code  **Morgan** County | **Mailing address, if different from principal place of business** **P.O. Box 88** **Petros, TN 37845** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **230 Portwood Store Road Oliver Springs, TN 37840** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor **D&H Machine Service, Inc.** _____   Case number (*if known*) _____
      Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship to you _____
District _____   When _____   Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **D&H Machine Service, Inc.** _____  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **D&H Machine Service, Inc.**                                    Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 8, 2016**
              MM / DD / YYYY

**X /s/ Brian Hillard**                                    **Brian Hillard**
Signature of authorized representative of debtor           Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Dean B. Farmer**                                   Date  **February 8, 2016**
Signature of attorney for debtor                                 MM / DD / YYYY

**Dean B. Farmer**
Printed name

**Hodges, Doughty & Carson, PLLC**
Firm name

**P.O. Box 869**
**Knoxville, TN 37901-0869**
Number, Street, City, State & ZIP Code

Contact phone  **865-292-2307**       Email address

**006851**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

# RESOLUTION
## MEMBERS
## D&H MACHINE SERVICE, INC.
### February 08, 2016

The undersigned member, being the sole member of the corporation, having waived notice of appearance at a special meeting, does hereby authorize the President, Brian Hillard, to take certain actions on behalf of D&H Machine Service, Inc.:

1. The President is authorized to employ Dean B. Farmer and Kandi R. Yeager and the firm of Hodges, Doughty & Carson, PLLC to engage in negotiations and other resolutions regarding the debt restructuring and refinancing of the Company and, if necessary, to file a proceeding with the United States Bankruptcy Court for the Eastern District of Tennessee.

2. The President is further authorized to file a proceeding in the United States Bankruptcy Court for the Eastern District of Tennessee in the event that it is determined that such action is necessary by the President and to execute such documents as may be required.

APPROVED:

*/s/ Brian Hillard*

D&H Machine Service, Inc.
By: Brian Hillard
Its: Sole Member

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **D&H Machine Service, Inc.**  Case No. _____
Debtor(s)  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 8, 2016**  /s/ Brian Hillard
**Brian Hillard**/**President**
Signer/Title

Date:  **February 8, 2016**  /s/ Dean B. Farmer
Signature of Attorney
**Dean B. Farmer 006851**
**Hodges, Doughty & Carson, PLLC**
**P.O. Box 869**
**Knoxville, TN 37901-0869**
**865-292-2307   Fax: 865-292-2321**

```
American Business
P.O. Box 70248
Knoxville, TN 37938

Aqua-Chem, Inc.
c/o W. Edward Shipe
Wagner, Myers & Sanger, PC
1801 First Tennessee Plaza
Knoxville, TN 37929

Balboa Capital
2010 Main Street
Suite 1100
Irvine, CA 92614

Bertel Kamp Automation, Inc.
P.O. Box 11488
Knoxville, TN 37931-1488

Brian Hillard
230 Portwood Store Road
Oliver Springs, TN 37840

Chris A. Duncan
4903 Shady Road
Strawberry Plains, TN 37871

FedEx
Dept CH
P.O. Box 10306
Palatine, IL 60055-0306

Hexagon Metrology
1742 Solutions Center
Lockbox 771742
Chicago, IL 60677-1007

Home Depot
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

Internal Revenue Service
ATTN:  District Director
Special Procedures Branch
801 Broadway - MDP 146
Nashville, TN 37203

IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
```

```
John B. Dupree
713 Market Street
2nd Floor, Cate Building
Knoxville, TN 37902

Knox County Circuit Court
Docket No. 1-306-14
400 Main Street
Knoxville, TN 37902

Knox County Trustee
P.O. Box 70
Knoxville, TN 37901

McNutt Oil
P.O. Box 4669
Maryville, TN 37802

Morgan County Trustee
P.O. Box 189
Wartburg, TN 37887

Omnie Tool Company
123-B Perimeter Park Road
Knoxville, TN 37922-2226

Precision Grinding
c/o NCSplus, Inc.
117 E. 24th Street
New York, NY 10010

Sentry Insurance
P.O. Box 8019
Stevens Point, WI 54481-8019

Sevier County Chancery Court
125 Court Avenue
#108W
Sevierville, TN 37862

Sevier County Trustee
125 Court Avenue
Sevierville, TN 37862

Southeastern Freigh Lines
12759 Palestine Lane
Knoxville, TN 37934

Standard Auto Parts
8710 Asheville Highway
Knoxville, TN 37924
```

```
State of Tennessee
Department of Revenue
500 Deaderick Street
Nashville, TN 37219

State of TN Department of Labor
220 French Landing Drive
2nd Floor
Nashville, TN 37243

Stovers Machinery Corporation
P.O. Box 14802
Knoxville, TN 37914

Suntrust
303 Peachtree Street, NE
Atlanta, GA 30308

SunTrust Bank
700 E. Hill Avenue
Knoxville, TN 37915

SunTrust Bank
Mail Code FL-Orlando-9212
7455 Chancellor Drive
Orlando, FL 32809

The Cor-ten Company
111 State Street
Knoxville, TN 37902

The Indicator Shop
8875 Bellbrook Road
Waynesville, OH 45068

Total Plastics, Inc.
3311 Northpark Boulevard
Alcoa, TN 37701

Travers Tool, Inc.
P.O. Box 36114
Newark, NJ 07188-6114

UPS Freight
Baker, Govern & Baker
Atrium Building West 7771
West Oakland Park Blvd, Suite 240
Fort Lauderdale, FL 33351
```

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **D&H Machine Service, Inc.**   Case No.
Debtor(s)   Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **D&H Machine Service, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 8, 2016**
Date

**/s/ Dean B. Farmer**
**Dean B. Farmer 006851**
Signature of Attorney or Litigant
Counsel for  **D&H Machine Service, Inc.**
**Hodges, Doughty & Carson, PLLC**
**P.O. Box 869**
**Knoxville, TN 37901-0869**
**865-292-2307 Fax:865-292-2321**